UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:                                  CASE NUMBER 09-81566

TERRY LYNN MCGHEE AND           CHAPTER 13
CULEASA MCGHEE

         DEBTORS

## EX PARTE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES SADIE & SOPHIE INVESTMENTS, L.L.C. ("Sadie & Sophie"), a secured creditor and party-in-interest in the above-captioned matter, through undersigned counsel, who moves for abandonment of property and relief from the automatic stay, representing as follows:

### JURISDICTION

1.

This Court has jurisdiction over these proceedings pursuant to 28 U.S.C. § 157.

### FACTS

2.

Terry Lynn McGhee and Culeasa McGhee filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code on November 16, 2009.

3.

Sadie & Sophie is a secured creditor of Terry Lynn McGhee. Sadie & Sophie filed a Proof of Claim in the above referenced bankruptcy case on December 8, 2009 (Claim No. 1).

4.

On January 15, 2010, this Court entered an Agreed Order (the "Order") which provided, among other things, "that debtors shall, by 5:00 p.m. C.S.T. on January 15, 2010, procure insurance

covering the Property (as defined and described in paragraph 3 of the Motion) (the 'Property') and provide proof of same to attorney for Sadie & Sophie, Randall L. Wilmore, 2001 MacArthur Drive, Alexandria, Louisiana 71301 (Facsimile: (318) 445-6476) . . . "

5.

As attested to by the Affidavit of Randall L. Wilmore, attorney for Sadie & Sophie, the Affidavit being attached hereto and made a part hereof, debtors failed to acquire and provide proof of insurance within the time frame set forth in the Order.

6.

The Order provides in pertinent part: "[S]hould (a) debtors fail to acquire insurance covering the Property and provide proof of same to attorney for Sadie & Sophie within the time period set forth in the preceding paragraph . . . then Sadie & Sophie shall be entitled, without further notice, to file an ex parte motion with the Court, accompanied by the affidavit or certificate of Sadie & Sophie or its attorney, attesting to the default, and the Court shall sign an order granting relief from the automatic stay, allowing Sadie & Sophie to exercise its lawful state rights and remedies with respect to the Property, and at the option of Sadie & Sophie, the Court shall order the Property abandoned from the debtors' estate."

## FIRST CLAIM FOR RELIEF

7.

Sadie & Sophie shows that debtors have failed to acquire and provide proof of insurance as required by the Order. Therefore, the automatic stay of 11 U.S.C. § 362 should be modified and lifted to allow Sadie & Sophie to exercise its contractual and legal rights and remedies including, but not limited to, foreclosing against the Property.

## SECOND CLAIM FOR RELIEF

8.

Sadie & Sophie exercises its option under the Order and requests this Court to order the Property abandoned from debtors' estate.

WHEREFORE, Sadie & Sophie prays that, without further notice, this Court grant Sadie & Sophie relief from the automatic stay provisions of 11 U.S.C. § 362 to allow Sadie & Sophie to exercise its contractual and legal rights and remedies against the Property, and enter an order of abandonment of the Property from the estate pursuant to 11 U.S.C. § 554.

Alexandria, Louisiana, this 20th day of January, 2010.

Respectfully submitted,
**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

BY: /s/ Randall L. Wilmore
**Randall L. Wilmore #18508**
2001 MacArthur Drive
Post Office Box 6118
Alexandria, LA 71307-6118
(318) 445-6471

**ATTORNEYS FOR SADIE & SOPHIE INVESTMENTS, L.L.C.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:                                   CASE NUMBER 09-81566

TERRY LYNN MCGHEE AND       CHAPTER 13
CULEASA MCGHEE

         DEBTORS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have mailed a copy of the above and foregoing Ex Parte Motion for Relief from the Automatic Stay, filed on behalf of Sadie & Sophie Investments, L.L.C., to the Debtors, Terry Lynn McGhee and Culeasa McGhee, 414 Garden Drive, Simmesport, LA 71369; Debtor's Attorney, Thomas C. McBride, 301 Jackson St., Suite 101, Alexandria, LA 71301; Jon C. Thornburg, Ch. 13 Trustee, P.O. Box 1991, Alexandria, LA 71309; and Office of the U.S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101, by depositing same in the United States Mail, postage prepaid and properly addressed, this 20th day of January, 2010, at Alexandria, Louisiana.

                               /s/ Randall L. Wilmore
                                   **OF COUNSEL**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: CASE NUMBER 09-81566

TERRY LYNN MCGHEE AND  CHAPTER 13
CULEASA MCGHEE

DEBTORS

## AFFIDAVIT IN SUPPORT OF EX PARTE MOTION FOR RELIEF FROM STAY

STATE OF LOUISIANA

PARISH OF RAPIDES

BEFORE ME, the undersigned Notary, came and appeared RANDALL L. WILMORE, a competent person of the full age of majority and attorney of record for Sadie & Sophie Investments, L.L.C. ("Affiant"), who after being sworn by me, Notary, declares:

1. This Affidavit is submitted in support of the Ex Parte Motion for Relief from Stay being filed contemporaneously herewith in the above captioned case on behalf of Sadie & Sophie Investments, L.L.C. ("Mover").

2. My name is Randall L. WIlmore, and I am attorney of record for Sadie & Sophie Investments, L.L.C. On January 15, 2010, this Court entered an Agreed Order which provided, among other things, "that debtors shall, by 5:00 p.m. C.S.T. on January 15, 2010, procure insurance covering the Property (as defined and described in paragraph 3 of the Motion) (the 'Property') and provide proof of same to attorney for Sadie & Sophie, Randall L. Wilmore, 2001 MacArthur Drive, Alexandria, Louisiana 71301 (Facsimile: (318) 445-6476) . . . "

3.  Debtors failed to provide proof of insurance covering the Property to Affiant by 5:00 p.m. C.S.T. on January 15, 2010, and, as of the time of execution of this Affidavit, have failed to provide proof of same to Affiant.

Signed and sworn to before me, on this 20th day of January, 2010, at Alexandria, Rapides Parish, Louisiana.

_____
RANDALL L. WILMORE

_____
Alanna E. Harrington, Notary Public
Notary No.: 77690