The Chapter 13 Trustee is relieved of the obligation of making payments on any secured claim held by this creditor as to this collateral.

**SO ORDERED.**

**SIGNED January 21, 2010.**



HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER 09-81566 |
| TERRY LYNN MCGHEE AND CULEASA MCGHEE | CHAPTER 13 |
| DEBTORS | |

### ORDER

**CONSIDERING** the Ex Parte Motion for Relief from Stay ("Motion") of Sadie & Sophie Investments, L.L.C., ("Sadie & Sophie"), filed in the above referenced case on January 20, 2010, notice thereof not being required, and considering the evidence attached thereto and there being good cause therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Sadie & Sophie is hereby granted relief from the automatic stay in order that Sadie & Sophie be allow to exercise its contractual and legal rights and remedies with respect to the following described property:

> A certain lot or parcel of ground, with all improvements thereon, situated within the Corporation of Simmsport, Avoyelles Parish,

Louisiana, having a front of 95 feet to the east side of Garden Drive, and extending back between parallel lines a distance of 208 feet; said lot being bounded on the North by C.C. Gremillion; South by Marvin Gremillion, formerly Ernest Gremillion; East by Bennett J. Scallan, Jr. and West by Garden Drive; the southern boundary line of said lot run parallel to and is to be a distance of 92 feet from the northern boundary line of Magnolia Street, which street runs East-West. Being the same property acquired by Bennett J. Scallan, Jr., et ux from Layton J. Bordelon, et ux, by Cash Deed dated September 22, 1952 and recorded in Conveyance Book 199, Page 82 under original Entry Number 193749, records of Avoyelles Parish, Louisiana; and being that same property acquired by Mark Michael Scallan and Phyllis Claire Scallan Laborde pursuant to Donation dated August 20, 2004, filed August 23, 2004, recorded in Conveyance Book 509, page 967, Entry No. 2004-6689, records of Avoyelles Parish, Louisiana (the "Property").

IT IS FURTHER ORDERED that the Property is hereby abandoned from debtor's bankruptcy estate.

### 

Respectfully submitted,

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

BY:     /s/    Randall L. Wilmore
       **Randall L. Wilmore #18508**
       2001 MacArthur Drive
       Post Office Box 6118
       Alexandria, LA 71307-6118
       (318) 445-6471

**ATTORNEYS FOR SADIE & SOPHIE INVESTMENTS, L.L.C.**