UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA/MONROE DIVISION

**FILED MAY 27 2010**
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**DEBTOR(S):** TERRY LYNN MCGHEE

**CASE NO.** 09-81566

Appearances: Trustee **Jon C. Thornburg** Counsel for Trustee **Katrina E. Keys** Debtor(s)' Counsel: THOMAS C. MCBRIDE

Debtor _No_ Co-Debtor _____ Other: _____

For reasons orally assigned at hearing on: Confirmation of Mod Plan/ _is Denied_ ;

( ) IT IS ORDERED that the debtor(s) are granted _____ days from this date to:
_____ File and Notice an amended "4 corners" plan and pay pursuant to the amended plan,
_____ Convert case to a case under Chapter 7,
_____ File a Motion for Hardship Discharge,
_____ Pay Chapter 13 plan current,
_____ Provide Proof of Insurance to _____ by _____,
_____ Provide past due Income Tax Returns with _____ and provide copies of the same to _____ by _____,
_____ Comply with 11 U.S.C. §521(a)(1)(B)(iv),
_____ Comply with 11 U.S.C. §521(e)(2)(A)(i),
Or the Case May Be Dismissed without a Further Hearing on Trustee's *Ex Parte* Motion.

( ) IT IS ORDERED that:
_____ Dismissal for failure to comply with this Order will include a finding under §109(g) which prohibits the Debtor(s) from filing any type of bankruptcy case for six months.
_____ If payments are made as directed, the plan may be confirmed without a further hearing.
_____ Any amended plan noticed in accordance with this Order shall be noticed:
   _____ on an "if and only if" basis, whereby if there are no objections, the plan may be confirmed without a further hearing.
   _____ for an actual hearing, at which the debtor(s)' presence will be excused solely at the discretion of The Court and the Trustee
_____ If Debtor(s) fail to make any future payments to _____, and go beyond ___ days of the date they are due, _____ may submit an affidavit of default with an ex parte Motion to
(✓) dismiss the case/( ) lift the stay/ ( ) convert the case to one under Chapter 7.

(✓) IT IS ORDERED that the above-captioned case is hereby:
_____ Converted to one under Chapter 7.
_✓_ Dismissed _____ without _✓_ with a finding under §109(g) for failure to prosecute/pay as required in this case.
_✓_ If this case is Converted or Dismissed pursuant to this Order, the Standing Chapter 13 Trustee is authorized to pay administrative expenses, including the compensation requested by Counsel to Debtor(s) from any funds on hand.
_____ The Standing Chapter 13 Trustee, having announced the re-fixing of a §341 Meeting in this case for _____ at _____ M. Debtor(s) is/are ORDERED to attend or this case will be dismissed with a finding under §109(g).

( ) IT IS ORDERED that the Motion/Objection _____ filed by _____ is hereby:
___ Granted as Prayed for     ___ Withdrawn     ___ Dismissed with(out) Prejudice
___ Denied (for Lack of Prosecution)     ___ Sustained     ___ Overruled

Date: **MAY 27, 2010**

_____
HENLEY A. HUNTER, UNITED STATES BANKRUPTCY JUDGE